United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 9, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 02-60345
Summary Calendar
_____

JOSE CARLOS AVILA,

Petitioner,

versus

JOHN ASHCROFT, UNITED STATES
ATTORNEY GENERAL,

Respondent.

_____

Petition for Review of an Order of the
Board of Immigration Appeals
(BIA No. A74 654 026)

_____

Before REAVLEY, BARKSDALE and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Jose Avila appeals the decision of the Board of Immigration Appeals which denied

his request for cancellation of removal under 8 U.S.C. § 1229b(b). We do not have

jurisdiction to review this decision. Title 8 U.S.C. § 1252(a)(2)(B) expressly provides

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

that no court has jurisdiction to review "[d]enials of discretionary relief," including

requests for relief under § 1229b. Avila's argument that this provision only applies when

relief is granted is rejected.

PETITION DISMISSED.